# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>           Plaintiff,<br><br>   v.<br><br>GARCIA, et al.,<br><br>           Defendants. | Case No. 1:16-cv-01299-LJO-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION DISMISSING TULARE COUNTY SHERIFF'S DEPARTMENT WITH PREJUDICE; PLAINTIFF TO PROCEED ON EXCESSIVE FORCE CLAIMS AGAINST DEFENDANTS GARCIA AND COOK**<br><br>**(Doc. 19)** |

Plaintiff, Randy Langley, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2018, the Magistrate Judge filed a Findings and Recommendation which was served on Plaintiff and contained notice that objections were due within twenty-one days. (Doc. 19.) Despite lapse of more than the allowed time, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, that issued on May 21, 2018 (Doc. 19), is adopted in full;

1

2. Plaintiff may proceed against Defendants Garcia and Cook for excessive force;
3. the Tulare County Sheriff's Department and all claims against the government entity are dismissed with prejudice; and
4. The action is referred to the Magistrate Judge for service of process.

IT IS SO ORDERED.

Dated: **July 27, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE