UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>E. GARCIA; G. COOK,<br><br>    Defendants. | Case No.: 1:16-cv-01299-NONE-JLT (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT** |

Defendants filed a motion for summary judgment on March 27, 2020. (Doc. 52.) Plaintiff has filed an opposition, to which Defendants have filed a reply. (Docs. 54, 55.) In their motion, Defendants reference videos of the incident at issue. (Doc. 52-1 at 5, 7, 13, 19.) Plaintiff also references the videos in his opposition. (Doc. 54 at 1, 2.) However, no party lodged the videos with the Court. In exhibits to their motion, Defendants provide sheets of paper that note video identification numbers and timestamps (Docs. 52-9–52-15), and they cite to these exhibits in their Statement of Undisputed Facts (Doc. 52-2 at 2). However, without the videos themselves, or declarations describing the videos, the timestamps are unilluminating.

///

///

///

///

Accordingly, within 14 days, Defendants SHALL lodge the videos with the Court.

IT IS SO ORDERED.

Dated:   **June 19, 2020**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE