UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>E. GARCIA; G. COOK,<br><br>    Defendants. | Case No. 1:16-cv-01299-JLT (PC)<br><br>**ORDER DENYING PLAINITFF'S MOTION FOR SUMMARY JUDGMENT OR JUDGMENT AS A MATTER OF LAW**<br><br>(Doc. 68) |

Before the Court is Plaintiff's motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56, or for judgment as a matter of law in a jury trial, pursuant to Rule 50. (Doc. 68.) The deadline for filing pretrial dispositive motions was March 27, 2020 (Doc. 50), and this case is set for trial on August 9, 2021 (Doc. 67). Plaintiff's motion for summary judgment under Rule 56 is therefore untimely, and his motion under Rule 50 is premature. Furthermore, as the Court described in its findings and recommendations to deny Defendants' motion for summary judgment (Doc. 59), this case presents genuine disputes of material fact, which makes summary judgment inappropriate.

///

///

///

///

1 | Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: **December 8, 2020**               **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE