UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>E. GARCIA, G. COOK,<br><br>        Defendants. | Case No. 1:16-cv-01299-JLT (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING AND TRIAL** |

On October 13, 2020, the Court issued a Second Scheduling Order, which directed Plaintiff and Defendants to file pretrial statements by April 26 and May 17, 2021, respectively, pursuant to Local Rule 281. (Doc. 67.) The order also directed Plaintiff to file a motion for the attendance of incarcerated witnesses, and to notify the Court of the attendance of unincarcerated witnesses whom he intends to subpoena, by April 26, 2021. (*Id.* at 5.) The Court warned that "[f]ailure to comply with the . . . order or the Local Rules may result in the imposition of sanctions up to and including dismissal of this action." (*Id.* at 1.) Although the April 26 deadline has passed, Plaintiff has failed to file a pretrial statement, to request or notify the Court of witnesses, or to otherwise respond to the scheduling order.

On May 18, 2021, the Court ordered the plaintiff to show cause why the action should not be dismissed due to the plaintiff's failure to comply with the Court's orders and to prosecute this action. (Doc. 72) On June 24, 2021, Mr. Langley responded and indicated that he had sent a

pretrial statement to the Court in April. (Doc. 75) He claims his spouse contacted the Court via email and telephone regarding this fact. Notably, the Court has received no such contact, but even these contacts had been made, the Court does not accept communications from one party without the other side being involved in the communication. He also attaches a grievance he filed at a detention facility about the mail service, however, the copy is so poor, the Court cannot read most of the contents. (Doc. 75 at 5) In any event, Mr. Langley has failed to supply another copy of his pretrial statement. Therefore, the Court **ORDERS**:

1. Mr. Langley SHALL file his pretrial conference statement within 21 days;
2. The telephonic trial confirmation hearing is CONTINUED to August 30, 2021 at 9:00 a.m.;
3. The trial is CONTINUED to November 15, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **June 25, 2021**  \_ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE