UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>　　　　　Plaintiff,<br><br><br><br>E. GARCIA, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01299-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TELEPHONIC APPEARANCE OF RANDY LANGLEY**<br><br>DATE:  AUGUST 30, 2021<br>TIME:  9:00 A.M. |

　Randy Langley, a necessary participant in a trial confirmation hearing on AUGUST 30, 2021, is confined at Bob Wiley Detention Facility in Visalia, California. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the facility to produce the inmate before Magistrate Judge Jennifer L. Thurston, U.S. District Court, Eastern District of California, by telephone on AUGUST 30, 2021, at 9:00 A.M.

### ACCORDINGLY, THE COURT ORDERS:

　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Tulare County Sheriff or his designee to produce the inmate named above, by telephone, to participate in a trial confirmation hearing before Magistrate Judge Jennifer L. Thurston on the date and time above, until completion of the hearing or as ordered by the court. The party shall dial 1-888-557-8511 and enter access code 1652736.

　　2.  Any difficulties connecting to the telephonic hearing shall be immediately reported to Susan Hall, courtroom deputy, at shall@caed.uscourts.gov.

　　3.  The custodian shall notify the court of any change in custody of this inmate and provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Sheriff of the County of Tulare**

　**WE COMMAND** you to produce the inmate named above to testify before Judge Thurston on the date and time above, by telephone as directed above, until completion of the proceedings or as ordered by the court.

　**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

　IT IS SO ORDERED.

　　Dated:　**August 12, 2021**　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE