1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                           EASTERN DISTRICT OF CALIFORNIA
10
11   RANDY LANGLEY,                              Case No. 1:16-cv-01299-JLT (PC)
12              Plaintiff,
                                                 **ORDER CONTINUING TRIAL AND
13        v.                                     SETTING TELEPHONIC TRIAL
                                                 CONFIRMATION HEARING**
14   E. GARCIA, et al.,
15              Defendants.
16
17        After discussion with the parties (*see* Doc. 80), the Court CONTINUES the trial in this
18   matter to **June 13, 2022, at 8:30 a.m.**, before the undersigned at the United States courthouse
19   located at 510 19th Street, Bakersfield, California 93301. The Court SETS a telephonic trial
20   confirmation hearing for **May 12, 2022, at 10:00 a.m.** The parties shall dial 1-888-557-8511 and
21   enter access code 1652736.
22
     IT IS SO ORDERED.
23
24        Dated:   **September 21, 2021**              _ /s/ Jennifer L. Thurston**
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE
25
26
27
28