UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>E. GARCIA, et al.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-01299-BAK (HBK) (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TELEPHONIC APPEARANCE OF RANDY LANGLEY**<br><br>DATE:  MAY 12, 2022<br>TIME:   10:00 A.M. |

　　　　Randy Langley, a necessary participant in a trial confirmation hearing on MAY 12, 2022, is confined at Bob Wiley Detention Facility in Visalia, California. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the facility to produce the inmate before Magistrate Judge Helena Barch-Kuchta, U.S. District Court, Eastern District of California, by telephone on **MAY 12, 2022, at 10:00 A.M.**

### ACCORDINGLY, THE COURT ORDERS:

　　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Tulare County Sheriff or his designee to produce the inmate named above, by telephone, to participate in a trial confirmation hearing before Magistrate Judge Helena Barch-Kuchta on the date and time above, until completion of the hearing or as ordered by the court. The party shall dial 1-888-204-5984 and enter passcode 4446176.

　　　　2.  Any difficulties connecting to the telephonic hearing shall be immediately reported to Franceska (Frankee) Sena, courtroom deputy, at fsena@caed.uscourts.gov.

　　　　3.  The custodian shall notify the court of any change in custody of this inmate and provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Sheriff of the County of Tulare**

　　　　**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta on the date and time above, by telephone as directed above, until completion of the proceedings or as ordered by the court.

　　　　**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

Dated:　　April 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE