# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LANGLEY,<br><br>           Plaintiff,<br><br>     v.<br><br>DEPUTY E. GARCIA and DEPUTY G. COOK,<br><br>           Defendants. | Case No. 1:16-cv-01299-HBK (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF RANDY LANGLEY, CDCR #BA3949, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on November 16, 2022, and **Plaintiff Randy Langley, CDCR #BA3949**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.


Dated:    November 16, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE